UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHRISTOPHER B. MONTGOMERY                        CIVIL ACTION

VERSUS                                            NO. 20-756

ANNETTE LOGSDON, ET AL.                        SECTION "R" (1)

# ORDER

Before the Court is defendants CorrectHealth Plaquemines, LLC ("CorrectHealth") and Annette Logsdon's motion to dismiss plaintiff's Americans with Disabilities Act ("ADA"), and Rehabilitation Act "(RA") claims.[1] Pursuant to Eastern District of Louisiana Local Civil Rule 73.2(A) and 28 U.S.C. § 636(b), this matter was referred to Magistrate Judge Janis van Meerveld. On January 18, 2022, Magistrate Judge van Meerveld issued a Report and Recommendation ("R&R"), recommending that the Court dismiss plaintiff's ADA and RA claims against defendants CorrectHealth and Logsdon.[2]

Plaintiff did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28

---

[1]    R. Doc. 113.
[2]    R. Doc. 125 at 7. The remaining defendants did not join CorrectHealth and Logsdon's motion to dismiss, and therefore the R&R does not address claims against those defendants. *Id.* at 1 n.1.

U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Having reviewed the R&R, along with plaintiff's complaint, the defendants' motion to dismiss, plaintiff's opposition, and the applicable law, the Court finds that the Magistrate Judge did not clearly err when it determined that plaintiff's ADA and RA claims against defendants CorrectHealth and Logsdon should be dismissed. The Court therefore adopts the Magistrate Judge's R&R as its opinion.

Accordingly, the Court orders that defendants' motion to dismiss is GRANTED, and that plaintiff's ADA and RA claims against CorrectHealth and Logsdon are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __21st__ day of March, 2022.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE